SMITH, Respondent, v. PUCCI, Appellant.

(Common Pleas of New York City and County, General Term.  November 6, 1893.)

Action by Edward Smith against Antonio C. Pucci.

E. Fixman, for appellant.

Kohn, Ruck & Lippman, for respondent.

No opinion.  Motion to dismiss appeal granted, with $10 costs.

---

STEINAM, Appellant, v. BELL, Respondent.

(Common Pleas of New York City and County, General Term.  November 6, 1893.)

Action by Edward S. Steinam against George H. Bell.

Argued before BISCHOFF and GIEGERICH, JJ.

PER CURIAM.  Notice of argument herein not having been served, the appellant, in default of an appearance for the respondent, was in no position to move the hearing.  This appeal must therefore stand over until the next general term to be held for the hearing of appeals from the district courts.

---

KELLY, Respondent, v. McARDLE, Appellant.

(Common Pleas of New York City and County, General Term.  November 8, 1893.)

Appeal from special term.

Action by Martin H. K. Kelly against Patrick J. McArdle.

Countryman & Du Bois, for appellant.

W. F. Severance, for respondent.

No opinion.  Ordered that the order of May 24, 1893, be dismissed, with costs, and the order of June 14, 1893, be affirmed, with costs.

---

ELFENHEIM et al., Respondents, v. VON HAFEN, Appellant.

(Common Pleas of New York City and County, General Term.  November 13, 1893.)

Appeal from city court, general term.

Action by Abraham Elfenheim and another against Dorette Von Hafen.

T. B. Seaman, for appellant.

S. Shasbourger, for respondents.

No opinion.  Judgment affirmed, with costs.  See 23 N. Y. Supp. 348.

---

GREEN, Respondent, v. HERNZ, Appellant.

(Common Pleas of New York City and County, General Term.  November 13, 1893.)

Appeal from special term.

Action by Adolph Green against John R. M. Hernz, as executor.

Reeves & Todd, for appellant.

Goldfogle & Cohn, for respondent.

No opinion.  Order affirmed, with $10 costs.